# Third District Court of Appeal

## State of Florida

Opinion filed March 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-312
Lower Tribunal No. 15-12214
_____

**Citizens Property Insurance Corporation,**
Appellant,

vs.

**Maylin Rodriguez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Peter R. Lopez, Judge.

Cole, Scott & Kissane, P.A., and George A. Hooker and Jose F. Campos and Ron M. Campbell (Fort Lauderdale); Link & Rockenbach, PA and Kara Rockenbach Link and Daniel M. Schwarz (West Palm Beach), for appellant.

The Nation Law Firm and Mark A. Nation and Paul W. Pritchard (Longwood), for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See Tower Hill Prime Ins. v. Bermudez, 48 Fla. L. Weekly D2240, 2023 WL 8246151, *3 (Fla. 3d DCA Nov. 29, 2023) (affirming trial court's denial of insurer's motion for directed verdict on policy's soil movement exclusion because based on experts' testimony "jury could reasonably have concluded that it was the shock waves, and not soil or earth movement, that shook the house and caused damage to the Insured's home"); Feldman v. Citizens Prop. Ins. Corp., 373 So. 3d 636 (Fla. 4th DCA 2023) (explaining that directed verdict is proper on insured's initial burden of proof to show physical loss occurred during policy period where there is no conflicting evidence about when damage occurred and no view of evidence would support verdict for insurer on issue); Linn v. Fossum, 946 So. 2d 1032, 1036 (Fla. 2006) (applying harmless error analysis to defendant's improper bolstering of expert witness testimony).